# UNITED STATES DISTRICT COURT
for the

Michael McCullough
*Plaintiff*
v.
Tim Stavely - Jail Administrator
*Defendant*

Civil Action No. 3:15-CV-00795

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Tim Stavely - Houston County Jail 3330 Hwy 149
ERIN, Tennessee 37061.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: AUG 11 2015

H. Blaney
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Michael McCullough
*Plaintiff*

v.

Sandra Cox - Jail Administrator
*Defendant*

Civil Action No. 3:15-CV-00795

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sandra Cox - Houston County Jail 3330 Hwy 149
Erin, Tennessee 37061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Wayne McCullough
3330 Hwy 149
Erin, Tennessee 37061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: AUG 11 2015

*Signature of Clerk or Deputy Clerk*