# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00795 |
| ) | Judge Trauger |
| SANDRA COX AND TIM STAVELY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 27, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendants Stavely and Cox (Docket No. 32) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 3rd day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge